THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of Clifton W., A Juvenile under the Age of Seventeen,       
Appellant
 
 
 

Appeal From Sumter County
Marion D. Myers, Family Court Judge

Unpublished Opinion No. 2005-UP-013
Submitted December 1, 2004  Filed January 11, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondents.
 
 
 

PER CURIAM:  Clifton W. appeals his conviction 
 for unlawful possession of a pistol.  Cliftons appellate counsel has petitioned 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 any appeal would be without merit.  The issue briefed by counsel concerns whether 
 the conviction should be vacated as the product of an unlawful search.  Clifton 
 has filed not filed any documents on his own behalf with this court.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits. 
 [1]   Accordingly, we dismiss the appeal and grant counsels petition to 
 be relieved. [2] 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and WILLLIAMS, JJ., concur.

 
 
 [1]   During the same proceeding, Clifton also pled guilty to assault 
 and battery of a high and aggravated nature, and we hold there are no directly 
 appealable issues of arguable merit resulting from this conviction.

 
 
 [2]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.